RUTH FEINERMAN, Respondent, v. EUGENE H. FEINERMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

SARAH HELSTEIN et al., Suing on Behalf of Themselves and on Behalf of Pepsi-Cola Company, Respondents, v. ALFRED N. STEELE et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

MARGARET CONWAY, Individually and as Administratrix of the Estate of JOEL H. CONWAY, Deceased, Respondent, v. HAMILTON OVERSEAS CONTRACTING CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the discovery and inspection to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

SAUL NEWMARK, Respondent-Appellant, v. DAVID A. HARRIS, Appellant-Respondent, et al., Defendants.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

EXCEL SHIPPING CORP., Appellant, v. PREMIER LAMP Co., INC., et al., Respondents, et al., Defendant. EXCEL SHIPPING CORP., Plaintiff, v. HERBERT LAGIN et al., Defendants. EXCEL SHIPPING CORP., Plaintiff, v. PREMIER LAMP Co., INC., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

H. L. MIHIC & Co., INC., Appellant, v. VINCENT A. CARBERRY et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

SYLVIA KANE, Respondent, v. NAN ENGLEBARDT, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.